**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


SPARTA INSURANCE COMPANY,


       Plaintiff,

                            No. 2:17-cv-00604-BRB-KRS

v.

RICHARD CARRILLO, COPPER
SOLUTIONS AND SERVICES, LLC;
CECILIO DURAN MEDINA; and
GEORGE C. ALDERETE,


       Defendants.


**ORDER FINDING GOOD CAUSE TO DELAY ENTRY OF**
**RULE 16 SCHEDULING ORDER AND STAYING DISCOVERY**

    **THIS MATTER** comes before the Court following a telephonic status conference held

on November 16, 2017.  During the conference, the parties and the Court discussed the Court's

obligation to enter a scheduling order under Federal Rule of Civil Procedure 16 or find good

cause to delay entry of such an order.  *See* Fed. R. Civ. P. 16(b)(2) (requiring the Court to "issue

the scheduling order as soon as is practicable, but unless the judge finds good cause for delay,

the judge must issue it within the earlier of 90 days after any defendant has been served with the

complaint or 60 days after any defendant has appeared").  After hearing from the parties and in

light of the two pending motions to dismiss, the Court found good cause to delay entering a

scheduling order and granted the parties' oral motion to stay discovery pending resolution of the

motions.

    **IT IS, THEREFORE, ORDERED** that good cause exists to delay entering a Rule 16

scheduling order for the reasons stated on the record.  The Court shall not issue a scheduling

order until resolution of the pending dispositive motions.

**IT IS FURTHER ORDERED** the parties' oral motion to stay discovery is **GRANTED**

and discovery in this matter is **STAYED** pending resolution of the two motions to dismiss.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE